IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


VIRGINIA D. SMITH                                                    PLAINTIFF


v.                              Civil No. 6:19cv6008


ASSET RECOVERY SOLUTIONS, LLC, ET AL                    DEFENDANT


CLERK'S ORDER OF DISMISSAL


On this 21st day of May, 2019, the Plaintiff and Plaintiff's attorney herein, having filed

this Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, IT IS ORDERED that all claims be dismissed with prejudice.


AT THE DIRECTION OF THE COURT,

DOUGLAS F. YOUNG, CLERK

BY:__/s/ Heather N. Conklin__
          Deputy Clerk